**Order entered April 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00303-CV

**MULTI PACKAGING SOLUTIONS DALLAS, INC. AND WESTROCK COMPANY,**
**Appellants**

**V.**

**AUDELIA ALCALA, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02574**

## ORDER

Before the Court is appellants' April 22, 2019 unopposed first motion for extension of time to file their brief. In the motion, appellants ask for a forty-five-day extension because the parties are scheduled to mediate on May 20, 2019. We **GRANT** the motion and **ORDER** appellants to file, by June 26, 2019, either (1) their brief on the merits or (2) a status update on the parties' May 20th mediation.

/s/     KEN MOLBERG
         JUSTICE